Frank DAVID, Appellant,

v.

UNITED STATES of America, Appellee.

No. 13605.

United States Court of Appeals
Sixth Circuit.

Feb. 2, 1959.

Certiorari Denied April 20, 1959.

See 79 S.Ct. 1147.

James C. Herndon and Sam D. Bartlo of Sheck & Herndon, Akron, Ohio, for appellant.

Sumner Canary and James C. Sennett, Jr., U. S. Attys., Cleveland, Ohio, for appellee.

Before ALLEN, Chief Judge, SIMONS, Circuit Judge, and KENT, District Judge.

PER CURIAM.

The judgment of the District Court is hereby affirmed upon the grounds and for the reasons stated in the memorandum opinion of the United States District Court upon motion for acquittal or, in the alternative, for new trial. 168 F. Supp. 269.

Floyd FARMER, Adm'r, Appellant,

v.

LOUISVILLE & NASHVILLE RAILROAD COMPANY, Appellee.

Willie FARMER, Adm'r, Appellant,

v.

LOUISVILLE & NASHVILLE RAILROAD COMPANY, Appellee.

Nos. 13669, 13670.

United States Court of Appeals
Sixth Circuit.

Feb. 28, 1959.

Fyke Farmer, Nashville, Tenn., for appellants.

Hooker, Keeble, Dodson & Harris, Nashville, Tenn., Charles Willett, Springfield, Tenn., for appellee.

Before MARTIN, Chief Judge, SIMONS, Circuit Judge, and MATHES, District Judge.

PER CURIAM.

These consolidated appeals came on to be heard on the record and on the briefs and oral arguments of attorneys for the contending parties;

And it appearing that there was substantial evidence to support the jury verdicts in favor of the defendant and that no reversible error inheres in the conduct of the trial by the district judge, or in his charge to the jury; and it appearing further that there is no valid ground for the granting of a new trial on the basis of newly discovered evidence;

The judgment of the district court in each case is affirmed.